MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

Debtor:                 BRENDA L. HANSON

Chapter 7 Case No.      10-44103

Please Check One:

_____   Unclaimed Dividends

XXX   Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See "Claims Distribution Small Checks" attached hereto | | | 5.70 |

DATED: August 17, 2011

_____
John R. Stoebner, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

11-055

Printed: 08/17/11 03:49 PM

## Claims Distribution Small Checks

**Trustee: John R. Stoebner (430050)**

**Case:** 10-44103 - HANSON, BRENDA L

RECEIVED
11 AUG 19 AM 9:24
U.S. BANKRUPTCY
MPLS MN

(*) Denotes objection to Amount Filed

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 6200887364696 | 104 08/17/11 | | | | Payee: U.S. Bankruptcy Court Registry Funds | | | | |
| | | 1 | 03/15/11 | 610 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | 7,071.42 | 7,071.42 | 1.64 | 1.64 |
| | | 2 | 03/18/11 | 610 | TRUSTONE FINANCIAL FCU ATTN LOSS PREVENTION PO BOX 1260 MPLS, MN 55440-1260 | 3,969.39 | 3,969.39 | 0.92 | 0.92 |
| | | 3 | 04/04/11 | 610 | ASSET ACCEPTANCE PO BOX 2036 WARREN, MI 48090 | 3,440.83 | 3,440.83 | 0.80 | 0.80 |
| | | 4 | 04/04/11 | 610 | FAIRVIEW HEALTH SERVICES 400 STINSON BLVD NE MPLS, MN 55413-2614 | 4,496.26 | 4,496.26 | 1.04 | 1.04 |
| | | 5 | 06/05/11 | 610 | CAPITAL RECOVERY III LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI, FL 33131-1605 | 5,613.39 | 5,613.39 | 1.30 | 1.30 |

Check Amount: $5.70